IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEFFON TERRELL SIMMS,

      Petitioner,               No. CIV S-06-1722 GEB KJM P

      vs.

D.K. SISTO,

      Respondent.        <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's motion for an extension of time (docket no. 16) is granted; and

      2. Petitioner shall file and serve a traverse on or before June 23, 2008.

DATED: May 30, 2008.

                                      U.S. MAGISTRATE JUDGE

/mp
simm1722.111