1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8         FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10   STEFFON TERRELL SIMMS,                    No. 2:06-CV-01722-NRS
11        vs.
12   D.K. SISTO, WARDEN
13                          ORDER
14        On February 12, 2010, Petitioner filed for an extension of time in which to
15   file supplemental briefing on the effect *Cunningham v. California*, 549 U.S. 270
16   (2007) may have on his Sixth Amendment Right to Jury Trial claim. The Court
17   granted Petitioner's extension and gave him 60 days from the date on which the
18   order granting his extension was filed (March 1, 2010) to file his supplemental
19   briefing.  He has failed to do so.  It thus seems Petitioner is not interested in
20   pursuing this option; therefore, this Court dismisses Petitioner's habeas petition
21   without prejudice.
22        Accordingly, IT IS HEREBY ORDERED that:
23        1. That portion of Petitioner's habeas petition that was not dismissed
24        in this Court's amended order of January 8, 2010 is now dismissed
25        without prejudice.
26

                                 1

1    DATED:  **June 2, 2010**

2

3

4

5    _____

6    Honorable N. Randy Smith

7    Ninth Circuit Court of Appeals Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26